IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NOS. 10-800-01, 10-800-02 |
| BARRETT BYRON STATON | : | |
| MATTHEW STATON | : | |

**O R D E R**

**AND NOW**, this  12th  day of  June , 2012, upon consideration of Defendant Barrett Byron Staton's Motion for Separate Trials of Counts Pursuant to Federal Rules of Criminal Procedure 8 & 14(a) (ECF No. 91) and Defendant Matthew Staton's Motion for Severance (ECF No. 98), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant Barrett Byron Staton's Motion for Separate Trials of Counts Pursuant to Federal Rules of Criminal Procedure 8 & 14(a) is **DENIED**.

2. Defendant Matthew Staton's Motion for Severance is **DENIED**.

**IT IS SO ORDERED**.

                                                  **BY THE COURT:**

                                                  **R. BARCLAY SURRICK, J.**